UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHELLE JAMES, as mother and next friend of MATTHEW OSBORNE, a Minor Child and TEAGAN OSBORNE, a Minor Child,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　　　Defendant. | Case No.  3:15-cv-02146-L |

**APPENDIX OF EXHIBITS TO
DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S
BRIEF IN SUPPORT OF MOTION TO TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(a) DUE TO FORUM-SELECTION CLAUSE
IN THE CONTRACT BETWEEN WWE AND THE DECEDENT**

Pursuant to Local Rule 7.1(i), Defendant World Wrestling Entertainment, Inc. ("WWE") submits this its *Appendix of Exhibits to **Defendant World Wrestling Entertainment, Inc.'s Brief in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) Due to Forum-Selection Clause in the Contract Between WWE and the Decedent*** ("Motion").

| *EXHIBIT NO.* | *DESCRIPTION* | *DATE* | *APP. PAGE* |
|---|---|---|---|
| 1. | Declaration of Paul R. Genender | 07/12/15 | 1 - 5 |
| A. | Complaint filed in *Evan Singleton et al v. World Wrestling Entertainment, Inc.*, Civil Action No. 5:15-cv-00223-LS (E.D. Pa.) | 01/16/15 | 6 - 50 |
| B. | Motion to Transfer Venue in *Evan Singleton et al v. World Wrestling Entertainment, Inc.*, Civil Action No. 5:15-cv-00223-LS (E.D. Pa.) | 02/27/15 | 51 - 143 |

| *EXHIBIT NO.* | *DESCRIPTION* | *DATE* | *APP. PAGE* |
|---|---|---|---|
| C. | Order granting Motion to Transfer Venue in *Evan Singleton et al v. World Wrestling Entertainment, Inc.*, Civil Action No. 5:15-cv-00223-LS (E.D. Pa.) | 03/23/15 | 144 - 146 |
| D. | Plaintiffs' First Amended Complaint in *Evan Singleton v. World Wrestling Entertainment, Inc.*, Civil Action No. 3:15-cv-00425-VLB (D. Conn.) | 05/22/15 | 147 - 181 |
| E. | Excerpts from Hearing Transcript in *Evan Singleton v. World Wrestling Entertainment, Inc.*, Civil Action No. 3:15-cv-00425-VLB (D. Conn.) | 06/08/15 | 182 - 195 |
| F. | Class Action Allegation Complaint in *William Albert Haynes, III v. World Wrestling Entertainment, Inc.*, Civil Action No. 3:14-cv-01689-ST (D. Or.) | 10/23/14 | 196 - 238 |
| G. | Opinion and Order in *William Albert Haynes, III v. World Wrestling Entertainment, Inc.*, Civil Action No. 3:14-cv-01689-ST (D. Or.) | 06/25/15 | 239 - 248 |
| H. | Complaint in *Cassandra Frazier v. World Wrestling Entertainment, Inc.*, Civil Action No. 2:15-cv-02198-JPM-cgc (W.D. Tenn) | 02/18/15 | 249 - 373 |
| I. | Motion to Transfer Venue in *Cassandra Frazier v. World Wrestling Entertainment, Inc.*, Civil Action No. 2:15-cv-02198-JPM-cgc (W.D. Tenn.) | 03/27/15 | 374 - 596 |
| J. | Class Action Complaint in *Russ McCullough v. World Wrestling Entertainment, Inc.*, Civil Action No. 2:15-cv-02662-AB-JEM (C.D. Cal.) | 04/09/15 | 597 - 644 |
| K. | Motion to Transfer Venue in *Russ McCullough v. World Wrestling Entertainment, Inc.*, Civil Action No. 2:15-cv-02662-AB-JEM (C.D. Cal.) | 05/14/15 | 645 - 911 |
| L. | Article entitled "Wrestlers File Concussion Lawsuit Against WWE: An Interview with Konstantine Kyros" | 01/26/15 | 912 - 914 |
| M. | Article entitled "Former WWE Fighters Suing Over Alleged Brain Damage" | 01/22/15 | 915 - 921 |
| N. | Email string between counsel | 12/26/14 | 922 - 925 |

| *EXHIBIT NO.* | *DESCRIPTION* | *DATE* | *APP. PAGE* |
|---|---|---|---|
| 2. | Affidavit of James W. Langham | 07/10/15 | 926 - 930 |
| A. | Wrestling Booking Agreement by and between Titan Sports, Inc. and Matthew Osborne | 01/01/85 | 931 - 935 |
| B. | Booking contract by and between Titan Sports, Inc. and Matthew Osborne | 10/31/92 | 936 - 954 |
| 3. | Supplemental Declaration of Paul R. Genender | 07/13/15 | 955 - 957 |
| O. | Minute Order in *Russ McCullough v. World Wrestling Entertainment, Inc.*, Civil Action No. 2:15-cv-02662-AB-JEM (C.D. Cal.) | 07/10/15 | 958 - 966 |

Dated: July 13, 2015                              Respectfully submitted,

By:       */s/ Paul R. Genender*
Paul R. Genender
Texas State Bar No. 00790758
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
P: (214) 939-5500
F: (214) 939-5849
paul.genender@klgates.com

Jerry S. McDevitt  (*admitted pro hac vice*)
Curtis B. Krasik  (*admitted pro hac vice*)
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, PA  15222-2613
P:  (412) 355-6500
F:  (412) 355-6501
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

**COUNSEL FOR DEFENDANT**
**WORLD WRESTLING ENTERTAINMENT, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 13th day of July, 2015, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ Paul R. Genender*
                                                      Paul R. Genender